Fill in this information to identify the case:
Debtor name | **Phoenix Manufacturing Partners, LLC**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): **2:16-bk-04898**

☐ Check if this is an amended filing

# Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders** 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bernd Kessler** Burgstrasse 10 Strassiach, Germany | | Professional services | | | | $7,174.85 |
| **Brockson** 3200 North Central Avenue Suite 1470 Phoenix, AZ 85012 | | Contract for services | | | | $17,681.00 |
| **CBIZ, aka Mayer Hoffman McCann** 3101 North Central Avenue Suite 300 Phoenix, AZ 85012 | | Professional services | | | | $13,000.00 |
| **CT Corp** 1999 Bryan St. Ste. 900 Dallas, TX 75201-3140 | | Service fee | | | | $120.00 |
| **Eide Bailly** 1850 N. Central Ave., Ste. 400 Phoenix, AZ 85004 | | Professional services | | | | $24,223.00 |
| **Gallagher & Kennedy, P.A.** 2575 E. Camelback Road Phoenix, AZ 85016-9225 | | Professional services | | | | $2,950.00 |
| **M-Pinnacle7thAZ, LLC** 2115 Linwood Avenue Suite 110 Fort Lee, NJ 07024 | | Lease rejection damages | | | | $278,227.00 |

| Debtor | Phoenix Manufacturing Partners, LLC | | | Case number *(if known)* | 2:16-bk-04898 | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sacks Tierney<br>4250 N. Drinkwater Blvd., Fourth Floor<br>Scottsdale, AZ 85251-3693** | | **Professional services** | | | | $1,748.00 |
| **Schmidt Westergard<br>77 W. University Drive<br>Mesa, AZ 85201** | | **Professional services** | | | | $8,993.00 |

# United States Bankruptcy Court
## District of Arizona

In re   __Phoenix Manufacturing Partners, LLC__            Case No.   **2:16-bk-04898**
                                Debtor(s)            Chapter   **11**

# DECLARATION

I, the President & Managing Member of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __2__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **May 10, 2016**          **/s/ Joe Yockey**
                                         **Joe Yockey**/**President & Managing Member**
                                         Signer/Title

Date: **May 10, 2016**          **/s/ Bradley J. Stevens**
                                         Signature of Attorney
                                         **Bradley J. Stevens 006723**
                                         **Jennings, Strouss & Salmon, PLC**
                                         **One East Washington Street**
                                         **Suite 1900**
                                         **Phoenix, AZ 85004-2554**
                                         **602-262-5911   Fax: 602-253-3255**

MML-5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

BERND KESSLER
BURGSTRASSE 10
STRASSIACH, GERMANY


BIZFI AKA MERCHANT CASH
460 PARK AVENUE SOUTH
10TH FLOOR
NEW YORK NY 10016


BROCKSON
3200 NORTH CENTRAL AVENUE
SUITE 1470
PHOENIX AZ 85012


CBIZ, AKA MAYER HOFFMAN MCCANN
3101 NORTH CENTRAL AVENUE
SUITE 300
PHOENIX AZ 85012


CT CORP
1999 BRYAN ST.
STE. 900
DALLAS TX 75201-3140


DEAN C. WALDT, ESQ.
BALLARD SPAHR LLP
1 E. WASHINGTON STREET, SUITE 2300
PHOENIX AZ 85004-2555


EIDE BAILLY
1850 N. CENTRAL AVE., STE. 400
PHOENIX AZ 85004


GALLAGHER & KENNEDY, P.A.
2575 E. CAMELBACK ROAD
PHOENIX AZ 85016-9225


HILARY L. BARNES, ESQ.
ALLEN BARNES & JONES, PLC
1850 NORTH CENTRAL AVENUE, SUITE 1150
PHOENIX AZ 85004


HITACHI
800 CONNECTICUT AVENUE
NORWALK CT 06854

Phoenix Manufacturing Partners, LLC - 2:16-bk-04898

M-PINNACLE7THAZ, LLC
2115 LINWOOD AVE.
SUITE 110
FORT LEE NJ 07024

SACKS TIERNEY
4250 N. DRINKWATER BLVD., FOURTH FLOOR
SCOTTSDALE AZ 85251-3693

SCHMIDT WESTERGARD
77 W. UNIVERSITY DRIVE
MESA AZ 85201

UMB BANK, N.A.
POST OFFICE BOX 419226
KANSAS CITY MO 64141-6226